BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

FILED

JUN 01 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

Snellings' Firearms
2675 Land Avenue
Sacramento, California

CASE NO. 2:11-SW-0498 EFB

[PROPOSED] ORDER FOR PARTIALLY UNSEALING SEARCH WARRANT AND RELATED DOCUMENTS

The government's request to unseal the redacted affidavit in support of a search warrant, which is attached to this order and is incorporated by reference, is GRANTED.

SO ORDERED:

DATED: 6-1-2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

3